AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Elias Isaac GALINDO-Marroquin<br><br>*Defendant(s)* | )<br>)<br>) Case No. 26-27 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 01, 2026** in the county of **Doña Ana** in the state and District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1),(2) | an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully |

This criminal complaint is based on these facts:
On January 1, 2026, a United States Border Patrol Agent encountered the defendant in Dona Ana County, New Mexico. The defendant is a citizen of Guatemala and illegally crossed the border into the United States at a location other than a lawful Port of Entry. Immigration checks revealed the defendant had been deported to Guatemala via Miami, Florida on or about February 11, 2015. Immigration records do not indicate the defendant has ever applied for, nor received, consent from the appropriate authority of the United States to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Melissa Pacheco, Border Patrol Agent
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: 01/04/2026

*Judge's signature*
DAMIAN L. MARTINEZ
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, New Mexico